**UNITED STATES DISTRICT COURT**
**UNITED STATES COURTHOUSE**
**FOLEY SQUARE**
**NEW YORK, NEW YORK 10007**

SELF INITIATED AMENDMENT

**CHAMBERS OF**
**HON. BARBARA S. JONES**

May 17, 2006

RECEIVED MAY 24 11 08 AM '06 FINANCIAL DISCLOSURE OFFICE

Judge Ortrie D. Smith,
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Amended Financial Disclosure Report

Dear Judge Smith:

I am amending my financial disclosure report for 2005 to add, as a reimbursement, an expense paid trip I took in May 2005. On May 19, 2005, I delivered a commencement speech at Temple University School of Law in Philadelphia. The law school paid for my transportation, meals, and a one-night hotel stay. I received no other compensation for this speech.

Page 2 of the financial report has been corrected to reflect my participation in the commencement ceremony. I took no other expense paid trips in 2005 other than those listed in Part IV of the financial disclosure report.

Please do not hesitate to contact my chambers at (212) 805-6186 should you need further information.

Thank you.

Sincerely,

Barbara S. Jones
United States District Judge

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Barbara S | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

*SELF INITIATED AMENDMENT*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Fordham Law School - taught trial advocacy course | $ 9,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE — MAY 24 11 04 AM '06 — RECEIVED

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judicial Center | 6/16 - 6/18/05 2nd Circuit Judicial Conference, Bolton Landing, NY, Transportation/Meals/Hotel $892.71 |
| 2. Temple University School of Law, Philadelphia, PA | 5/18 - 5/19/05 Gave commencement speech. Transportation/Meals/Hotel paid for by Temple. No money/compensation received for this speech. |
| 3. | |
| 4. | |
| 5. | |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Barbara S | 2. Court or Organization<br><br>U.S.D.C.- Southern Dist. of NY | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>40 Foley Square, Rm. 2103<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Associate Professor of Law | Fordham Law School |
| 2. Director | Vera Institute |
| 3. Executive Committee Member | New York City Bar Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Oct. 2004 | Agreed to teach a trial advocacy course at Fordham Law School for the Spring 2005 semester |
| 2. | |
| 3. | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Jones, Barbara S | | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Fordham Law School - taught trial advocacy course | $ 9,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judicial Center | 6/16 - 6/18/05 2nd Circuit Judicial Conference, Bolton Landing, NY, Transportation/Meals/Hotel $892.71 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MBNA | Credit Card | K |
| 2. Chase Manhattan Bank | Credit Card | K |
| 3. American Express | Credit Card | K |
| 4. Bank One | Credit Card | J |
| 5. Bank of America | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Barbara S | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 1. Fidelity Magellan (IRA) | | None | L | T | | | | | |
| 2. Lucent Technology Common Stock | | None | J | T | | | | | |
| 3. NCR Common Stock | | None | J | T | | | | | |
| 4. *Homevue Heatlh Systems, Inc. Common Stock | | None | J | W | See Sec VIII | | | | |
| 5. *See Section VIII | | | | | | | | | |
| 6. Comcast | | None | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Barbara S** | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: Homevue

The common stock in Homevue is not a registered security and currently has no market value. I have estimated its value at my cost.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones,, Barbara S | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆▆▆       Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544